UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

BRYAN ROZENGARD,

        Plaintiff,                Case No. 1:25-cv-444

v.                                         Honorable Phillip J. Green

UNKNOWN VALONE,

        Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  April 30, 2025                /s/ Phillip J. Green
                                                   PHILLIP J. GREEN
                                                   United States Magistrate Judge